# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY C.,[1] | ) |
| | ) CIVIL ACTION NO. 2:25-CV-00423 |
| Plaintiff, | ) |
| | ) Chief Judge Morrison |
| v. | ) |
| | ) Magistrate Judge Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the parties' joint motion to remand (ECF No. 10) the Court **REVERSES** the decision of the Commissioner of the Social Security Administration in this case and **REMANDS** this case to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk shall enter Judgment accordingly.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
SARAH D. MORRISON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.